**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AINSLIE H. VOREL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>Defendants. | |
| MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>HILCO TRADING COMPANY D/B/A HILCO GLOBAL; HILCO MERCHANT RESOURCES, LLC; RESTORE CAPITAL, LLC; and IAN FREDERICKS,<br><br>Third-Party Defendants. | Civil Action No. 25-cv-00984 (MN) |

**JOINT STIPULATION AND PROPOSED ORDER (I) REFERRING CASE TO THE HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND (II) EXTENDING (A) TIME FOR PLAINTIFFS AND THIRD-PARTY PLAINTIFFS TO OBTAIN DELAWARE COUNSEL AND (B) THIRD-PARTY DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The undersigned parties, by and through their undersigned counsel, hereby agree and stipulate, subject to approval of the Court, that:

1. The above-captioned proceeding, transferred to this Court by the United States District Court for the District of New Jersey, may be referred to the Honorable Thomas M. Horan of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), as

an adversary proceeding related to the *In re Christmas Tree Shops, LLC, et al.*, Chapter 7 cases, currently pending as case number 23-10576 (TMH), jointly administered.

2. The deadline for undersigned counsel for the Plaintiffs and undersigned counsel for the Third-Party Plaintiffs in the above-captioned proceeding to associate with Delaware counsel shall be extended through and including the date set forth in Rule 9010-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, or such later date as may be ordered by the Bankruptcy Court.

3. The deadline for the Third-Party Defendants in the above-captioned proceeding, to answer, move, or otherwise respond in the above-captioned proceeding is hereby continued and extended through and including the date that is twenty-one (21) days after the entry of this order

referring this matter to the Bankruptcy Court, or such later date as may be ordered by the Bankruptcy Court.

Dated: August 22, 2025

**FOX ROTHSCHILD LLP**

/s/ Howard A. Cohen
Howard A. Cohen
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Email: hcohen@foxrothschild.com

—and—

Jeffrey Schreiber, Esquire
**MEISTER SEELIG & FEIN**
Williamsburg Commons
4 Auer Court, Suite E & F
East Brunswick, New Jersey 08816
Telephone: (732) 432-7888
Email: js@msf-law.com

—and—

Valerie K. Ferrier, Esquire
**MEISTER SEELIG & FEIN**
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Email: vkf@msf-law.com

*Counsel for Third-Party Plaintiffs Marc Salkovitz and Pamela Salkovitz*

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Mark L. Desgrosseilliers
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: desgross@chipmanbrown.com

—and—

Christina M. Berish (*pro hac vice* pending)
**THOMPSON COBURN LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 346-7500
Email: cberish@thompsoncoburn.com

*Counsel for Third-Party Defendants Hilco Trading, LLC, Hilco Merchant Resources, LLC, Restore Capital, LLC, and Ian Fredericks*

{SIGNATURES CONTINUED ON NEXT PAGE}

**GIBBONS, P.C.**

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Telephone: (302) 518-6300
Email: kearle@gibbonslaw.com

—and—

Christopher P. Anton, Esquire
Mark B. Conlan, Esquire
Robert K. Malone, Esquire
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: canton@gibbonslaw.com
mconlan@gibbonslaw.com
rmalone@gibbonslaw.com

*Counsel for Plaintiff Ainslie H. Vorel, Individually and on behalf of all others similarly situated*

IT IS SO ORDERED this ______ day of August, 2025.

____________________________________
HONORABLE MARYELLEN NOREIKA



4905-1553-3654, v. 11